**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Sylvia Peterson, | No. CIV 06-1135-PCT-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Infinia at Show Low, Inc., et al., | |
| Defendants. | |

Having considered Defendant Dr. Robert J. Casey's request to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **January 25, 2007, at 4:00 p.m.** before this Court [Dkt. 20], and for good cause shown,

**IT IS ORDERED** that Defendant Dr. Robert J. Casey may appear telephonically at the **January 25th** Rule 16 Conference. Dr. Casey shall call the Court on a clear, landline at **3:55 p.m.** Mountain Standard Time at 602-322-7555.

DATED this 18th day of January, 2007.

Stephen M. McNamee
United States District Judge