**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Estate of Sylvia Peterson, | ) | No. CIV 06-1135-PCT-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Infinia at Show Low, Inc., et al., | ) | |
| Defendants. | ) | |

Having considered Plaintiff Vernice Quigley's request to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **January 25, 2007, at 4:00 p.m.** before this Court [Dkt. 22], and for good cause shown,

**IT IS ORDERED** that Plaintiff Vernice Quigley may appear telephonically at the **January 25th** Rule 16 Conference. Ms. Quigley shall call the Court on a clear, landline at **3:55 p.m.** Mountain Standard Time at 602-322-7555.

DATED this 22nd day of January, 2007.

Stephen M. McNamee
United States District Judge