**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Sylvia Peterson, ) | No. CIV 06-1135-PCT-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Infinia at Show Low, Inc., et al., ) | |
| Defendants. ) | |

Having considered Defendants Infinia at Show Low, Inc., Infinia at Arizona, Inc., and Infinia, Inc. ("Infinia Defendants") request for their representative, Clint W. Robertson, to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **January 25, 2007, at 4:00 p.m.** before this Court [Dkt. 23], and for good cause shown,

**IT IS ORDERED** that Clint W. Robertson, representative for the Infinia Defendants, may appear telephonically at the **January 25th** Rule 16 Conference. Mr. Robertson shall call the Court on a clear, landline at **3:55 p.m.** Mountain Standard Time at 602-322-7555.

DATED this 23rd day of January, 2007.

Stephen M. McNamee
United States District Judge