**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Estate of Sylvia Peterson, | ) | No. CIV 06-1135-PCT-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Infinia at Show Low, Inc., et al., | ) | |
| Defendants. | ) | |

On February, 27, 2007, the parties notified the Court that this matter has settled in its entirety. [Doc. No. 33]  Accordingly,

**IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, April 2, 2007, at 10:30 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for February 27, 2008 at 4:00 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

DATED this 28th day of February, 2007.

Stephen M. McNamee
United States District Judge