**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Sylvia Peterson, ) | No. CV-06-1135-PCT-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Infinia at Show Low Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the parties' Motion and Stipulation for Dismissal of the Infinia Defendants [Doc. No. 35], and for good cause shown,

**IT IS ORDERED** that Defendants Infinia at Show Low, Inc., Infinia at Arizona, Inc., and Infinia, Inc. are hereby **DISMISSED WITH PREJUDICE** as defendants in this matter.

DATED this 29th day of March, 2007.

Stephen M. McNamee
United States District Judge