**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Sylvia Peterson, | No. CV-06-1135-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Infinia at Show Low Inc., et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice as to Robert Joseph Casey D.O. [Doc. No. 37], and for good cause shown,

**IT IS ORDERED** that Defendants Robert Joseph Casey D.O. and Jane Doe Casey are hereby **DISMISSED WITH PREJUDICE** as defendants in this matter, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action as there are no remaining Defendants.

DATED this 30th day of March, 2007.

Stephen M. McNamee
United States District Judge